Gary E. Gamel, Esq.
Attorney at Law
2995 Woodside Road, Ste. 400
Woodside, CA 94062
Tele: (650) 851-1824
Fax: (650) 745-2430
Email: GaryEGamel@aol.com
California SBN 59387

Of Counsel:

Eric A. Linden, Esq. (Michigan P33249)
Jonathan C. Myers, Esq. (Michigan P69949)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Tele: (248) 351-3000
Fax: (248) 351-3082
Email: elinden@jaffelaw.com
       jmyers@jaffelaw.com

Counsel for AmericaOne Payment Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST AMERICAN PAYMENT ) <br> SYSTEMS, L.P., ) <br> ) <br> Defendant. ) <br> ) | Hon. <br> Case No. C08 01818 PVT |

**ACKNOWLEDGMENT OF SERVICE**

1529398.01

I, John R. Crews, of Alston & Bird LLP, on behalf of Defendant, First American Payment Systems, L.P., hereby acknowledge and accept service of process of the Summons and Complaint in the above-captioned matter, such service to be effective as of April 21, 2008 with any responsive pleading to be filed on or before May 21, 2008.

_____
John R. Crews
Attorney for First American Payment Systems, L.P.