John R. Crews (California Bar No. 119734)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 4650W
Dallas, Texas 75201
Telephone: 214.432.7770
Facsimile: 214.432.7771
E-mail: john.crews@alston.com

Attorneys for Defendant
FIRST AMERICAN PAYMENT SYSTEMS, L.P.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST AMERICAN PAYMENT SYSTEMS, L.P., <br><br> Defendant. | CASE NO. C 08-01818 PVT <br><br> Honorable Patricia V. Trumbull <br><br> **FIRST AMERICAN PAYMENT SYSTEMS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/ / /

DATED: May 21, 2008.                    Alston & Bird LLP


                                        /s/ John R. Crews
                                        John R. Crews
                                        Attorneys for Defendant
                                        FIRST AMERICAN PAYMENT SYSTEMS, L.P.

LEGAL02/30820716v1

/ / /

/ / /

/ / /

/ / /

/ / /

## PROOF OF SERVICE

I, Roseanne Mulea, declare:

I am a resident of the State of Texas and over the age of eighteen years, and not a party to the within action; my business address is Alston & Bird LLP, 2200 Ross Avenue, Suite 3601, Dallas, Texas 75201. On May 21, 2008, I served the within document:

**FIRST AMERICAN PAYMENT SYSTEMS, L.P.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

- ☐ by transmitting via electronic mail the document listed above to the email addresses set forth below on this date before 5:00 p.m.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Dallas, Texas addressed as set forth below.
- ☐ by transmitting the document listed above to the Court via ECF, causing notification to the person(s) at the address(es) set forth below.
- ☐ by placing the document listed above in a sealed envelope and affixing a prepaid air bill, and causing the envelope to be delivered to an overnight courier agent for delivery.
- ☐ by personally delivering the document listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

Executed on May 21, 2008, at Dallas, Texas.

Roseanne Mulea

/ / /
/ / /
/ / /
/ / /

FIRST AMERICAN PAYMENT SYSTEMS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[CASE NO. C 08-01818 PVT]

## SERVICE LIST

Gary E. Gamel, Esq.
2995 Woodside Road
Suite 400
Woodside, California 94062


Eric A Linden, Esq.
Jonathan C. Myers, Esq.
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

COUNSEL FOR PLAINTIFF

FIRST AMERICAN PAYMENT SYSTEMS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[CASE NO. C 08-01818 PVT]