FILED

2008 MAY 21 P 2: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Gary E. Gamel, Esq.
Attorney at Law
2995 Woodside Road, Ste. 400
Woodside, CA 94062
Tele:   (650) 851-1824
Fax:    (650) 745-2430
Email:
California SBN 59387

Of Counsel:

Eric A. Linden, Esq. (Michigan P33249)
Jonathan C. Myers, Esq.  (Michigan P69972)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Tele:   (248) 351-3000
Fax:    (248) 351-3082
Email:

Counsel for AmericaOne Payment
Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC.,   )<br><br>Plaintiff,   )<br>vs.   )<br><br>FIRST AMERICAN PAYMENT   )<br>SYSTEMS, L.P.,   )<br><br>Defendant.   )<br> )<br> )<br> )<br> )<br> )<br> ) | Hon. Patricia V. Trumbull<br>Case No. C08-01818-PVT<br><br>DECLARATION FOR<br>ADMISSION PRO HAC<br>VICE   OF ERIC A. LINDEN |

DECLARATION FOR ADMISSION PRO HAC VICE OF ERIC A. LINDEN

1

## DECLARATION OF ERIC A. LINDEN

I, Eric A. Linden, after being duly sworn on oath, make the following declaration on the basis of my own personal knowledge and, if called as a witness, could competently testify to the following:

1.      I am an attorney with the law firm Jaffe Raitt Heuer & Weiss PC, 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034.  I am licensed to practice law in, and before all courts of, the State of Michigan.  I have never been the subject of disciplinary action by the Bar or courts of the State of Michigan or State of Florida and have not been denied admission to the courts of any State or federal court.

2.      I have been admitted to practice law in the following courts:

> Court:  Michigan
> Bar No.:  P33249
> Date of Admission:  11/18/1981
>
> Court:  Florida
> Bar No.:  357758
> Date of Admission: 12/1982
>
> Court:  United States Court of Appeals, 6th Circuit
> Date of Admission:    3/4/1982
>
> Court:  United States District Court for the Eastern District of
>       Michigan
> Date of Admission: 12/23/1981
>
> Court:  United States District Court for the Western District of
>       Michigan
> Date of Admission: 9/24/1984
>
> Court:  United States District Court for the Western District of
>       New York
> Date of Admission: 4/24/1998

3.   I am familiar with the rules of this Court, and will abide by and comply with the rules during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008.


/s/ Eric A. Linden
                        Eric A. Linden