Gary E. Gamel, Esq.
Attorney at Law
2995 Woodside Road, Ste. 400
Woodside, CA 94062
Tele:  (650) 851-1824
Fax:   (650) 745-2430
Email: GaryEGamel@aol.com
California SBN 59387

Of Counsel:

Eric A. Linden, Esq. (Michigan P33249)
Jonathan C. Myers, Esq. (Michigan P69949)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Tele:  (248) 351-3000
Fax:   (248) 351-3082
Email: elinden@jaffelaw.com
       jmyers@jaffelaw.com

Counsel for AmericaOne Payment
Systems, Inc.

**FILED**

2008 MAY 23  P 3: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>FIRST AMERICAN PAYMENT )<br>SYSTEMS, L.P., )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | Hon. Patricia V. Trumbull<br>Case No. C08-01818-PVT<br><br>DECLARATION FOR<br>ADMISSION PRO HAC<br>VICE OF JONATHAN C.<br>MYERS |

**DECLARATION FOR ADMISSION PRO HAC VICE OF JONATHAN C. MYERS**

Error! Bookmark not defined.                    1

## DECLARATION OF JONATHAN C. MYERS

I, Jonathan C. Myers, after being duly sworn on oath, make the following affidavit on the basis of my own personal knowledge and, if called as a witness, could competently testify to the following:

1. I am an attorney with the law firm Jaffe Raitt Heuer & Weiss PC, 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034. I am licensed to practice law in, and before all courts of, the State of Michigan. I have never been the subject of disciplinary action by the Bar or courts of the State of Michigan and have not been denied admission to the courts of any State or federal court.

2. I have been admitted to practice law in the following courts:

    Court: Michigan
    Bar No.: P69972
    Date of Admission: 11/2006

    Court: United States District Court for the Eastern District of Michigan
    Date of Admission: 4/27/2007

3. I am familiar with the rules of this Court, and will abide by and comply with the rules during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008.

/s/ Jonathan C. Myers
Jonathan C. Myers

Error! Bookmark not defined.                2