UNITED STATES DISTRICT COURT RECEIVED
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION    2008 MAY 30  AM 11: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

AMERICAONE PAYMENT SYSTEMS, INC.,    )
                                     )    Hon. Patricia V. Trumbull
         Plaintiff,                  )    Case No. C08-01818-PVT
                                     )
vs.                                  )
                                     )
FIRST AMERICAN PAYMENT              )
SYSTEMS, L.P.,                       )
                                     )
         Defendant.                  )
                                     )
                                     )
                                     )
                                     )
_____)

## ORDER
## ADMITTING JONATHAN C. MYERS *PRO HAC VICE*

At a session of said Court held
On _____, 2008

PRESENT: The Honorable_____

This matter having come before the Court on motion of counsel for Plaintiff AmericaOne Payment Systems, Inc. ("AmericaOne") for admission of co-counsel Jonathan C. Myers *pro hac vice*, this Court having reviewed and considered the Motion and being fully otherwise advised in this matter:

IT IS HEREBY ORDERED that Jonathan C. Myers is admitted *pro hac vice* to appear and practice before this Court as co-counsel for AmericaOne and may appear and be heard on any matter in these proceedings, and those related thereto.

IT IS HEREBY ORDERED that, in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-entitled action, Jonathan C. Myers be

subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he was fully admitted to practice in this Court and the State of California.

_____
Judge