UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

AMERICAONE PAYMENT SYSTEMS,
INC ,

                    Plaintiff(s),

    v.

FIRST AMERICAN PAYMENT
SYSTEMS, LP,

                    Defendant(s).

                               /

CASE NO.  08-01818-PVT

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Eric A. Linden                     , an active member in good standing of the bar of

Michigan and Florida            whose business address and telephone number

(particular court to which applicant is admitted)

is

Jaffe, Raitt, Heuer & Weiss, P C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034      248.351 3000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing AmericaOne Payment Systems, Inc.

     II IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No  45, *Electronic Case Filing.*

Dated: June 4, 2008

                                     United States District     Judge