UNITED STATES DISTRICT COURT

Northern District of California

AMERICAONE PAYMENT SYSTEMS, INC.,

              Plaintiff(s),

v.

FIRST AMERICAN PAYMENT SYSTEMS, LP,

              Defendant(s).

CASE NO. 08-01818-PVT

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan C. Myers, an active member in good standing of the bar of Michigan whose business address and telephone number (particular court to which applicant is admitted) is

Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034      248.351.3000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AmericaOne Payment Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 4, 2008

                                                      *Patricia V. Trumbull*
                                                  United States ~~District~~ Judge
                                                               Magistrate