Gary Sauer, Esq
Attorney at Law
2995 Woodside Road, Ste. 400
Woodside, CA 94062
Tele:  (650) 851-1824
Fax:   (650) 745-2430
Email:
California SBN 59387

Of Counsel:

Eric A. Linden, Esq. (Michigan P33249)
Jonathan C. Myers, Esq.  (Michigan P69972)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Tele:  (248) 351-3000
Fax:   (248) 351-3082
Email:

Counsel for AmericaOne Payment
Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST AMERICAN PAYMENT ) <br> SYSTEMS, L.P., ) <br> ) <br> Defendant. ) <br> ) | Hon. Patricia V. Trumbull <br> Case No. C08-01818-PVT <br><br> MOTION FOR <br> ADMISSION PRO HAC <br> VICE   OF ERIC A. LINDEN |

**MOTION FOR ADMISSION PRO HAC VICE OF ERIC A. LINDEN, ESQ.**

Gary Edward Gamel, counsel for Plaintiff AmericaOne Payment Systems, Inc. ("AmericaOne") in the above-captioned case, moves this Court to enter an Order allowing Eric A. Linden to appear and practice before this Court *pro hac vice* as co-counsel for Plaintiff. In support of this Motion, Gary Edward Gamel states:

1. Mr. Linden is an attorney with the law firm Jaffe Raitt Heuer & Weiss PC, 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034. Mr. Linden is licensed to practice law in, and before all courts of, the State of Michigan. Mr. Linden has never been the subject of disciplinary action by the Bar or courts of the State of Michigan or State of Florida and has not been denied admission to the courts of any State or federal court. See Affidavit of Eric A. Linden, attached hereto as Exhibit 1.

2. The courts to which Mr. Linden has been admitted to practice and the dates of his admission are as follows:

        Court: Michigan
        Bar No.: P33249
        Date of Admission: 11/18/1981

        Court: Florida
        Bar No.: 357758
        Date of Admission: 12/1982

        Court: United States Court of Appeals, 6th Circuit
        Date of Admission: 3/4/1982

        Court: United States District Court for the Eastern District of Michigan
        Date of Admission: 12/23/1981

        Court: United States District Court for the Western District of Michigan
        Date of Admission: 9/24/1984

Court: United States District Court for the Western District of New York

Date of Admission: 4/24/1998

3. AmericaOne desires that Mr. Linden appear as co-counsel in this case.

4. AmericaOne has retained, and continues to retain, as resident counsel, Gary Edward Gamel of the law firm Gary Edward Gamel to assist in the litigation of this case. Mr. Gamel is a member in good standing of the Bar of the State of California and the U.S. District Court Northern District of California and qualified to practice in the courts of the State of California.

5. Mr. Linden is familiar with the rules of this Court, and will abide by and comply with the rules during the pendency of this case.

6. The undersigned, an attorney admitted to practice before this Court, and whose admission is in good standing, represents that Mr. Linden is an attorney with a good reputation and recommends that Mr. Linden be admitted *pro hac vice* to appear and practice before this Court during the pendency of this case.

WHEREFORE, AmericaOne Payment Systems, Inc. moves this Court to enter an order permitting the admission *pro hac vice* of Eric A. Linden of the law firm Jaffe Raitt Heuer & Weiss PC in Southfield, Michigan, and permitting him to and appear as co-counsel for AmericaOne Payment Systems, Inc. in the above-captioned case.

Respectfully submitted,

/s/ Gary E. Gamel
Gary E. Gamel, Esq. (Cal SBN 59387)
Attorney at Law
2995 Woodside Road, Ste. 400
Woodside CA 94062
(650)851-1824
Fax (650)745-2430

Of Counsel:

Eric A. Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69972)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
248.351.3000

Dated: May 9, 2008

*Counsel for Plaintiff AmericaOne*