**Eric A. Linden (*Admitted Pro Hac Vice*)**
**Jonathan C. Myers (*Admitted Pro Hac Vice*)**
**Jaffe, Raitt, Heuer & Weiss P.C.**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034**
**248.351.3000**

**Attorneys for Plaintiff**
**AMERICAONE PAYMENT SYSTEMS, INC.**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., | |
| Plaintiff, | No. C 08-01818-PVT |
| v. | Hon. Patricia V. Trumbull |
| FIRST AMERICAN PAYMENTS SYSTEMS, L.P., | |
| Defendant. _____/ | |

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

        Respectfully submitted,

        /s/ Eric A. Linden
        Eric A. Linden (Admitted Pro Hac Vice)
        Jonathan C. Myers (Admitted Pro Hac Vice)
        Attorneys for Plaintiff
        27777 Franklin Road, Suite 2500
        Southfield, MI 48034
        248.351.3000
        248.351.3082 (fax)
        elinden@jaffelaw.com
        jmyers@jaffelaw.com

1558853.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I caused the foregoing **Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge** be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record as listed below:

John R. Crews
john.crews@alston.com

Gary E. Gamel
ggamel@aol.com

Eric A. Linden
elinden@jaffelaw.com

                                               /s/ Jonathan C. Myers
                                               Jonathan C. Myers

1558853.01