**Eric A. Linden (*Admitted Pro Hac Vice*)**
**Jonathan C. Myers (*Admitted Pro Hac Vice*)**
**Jaffe, Raitt, Heuer & Weiss P.C.**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034**
**248.351.3000**

**Attorneys for Plaintiff**
**AMERICAONE PAYMENT SYSTEMS, INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAONE PAYMENT
SYSTEMS, INC.,

    Plaintiff,

v.

FIRST AMERICAN PAYMENT
SYSTEMS, L.P.,

    Defendant.
_____/

No. C 08-01818-PVT

Hon. Patricia V. Trumbull

### AMERICAONE PAYMENT SYSTEMS, INC.'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

    Respectfully submitted,

    /s/ Eric A. Linden
    Eric A. Linden (Admitted Pro Hac Vice)
    Jonathan C. Myers (Admitted Pro Hac Vice)
    Attorneys for Plaintiff
    27777 Franklin Road, Suite 2500
    Southfield, MI 48034
    248.351.3000
    248.351.3082 (fax)
    elinden@jaffelaw.com
    jmyers@jaffelaw.com

1558924.01

# CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2008, I caused the foregoing **AmericaOne Payment Systems, Inc.'s Certification of Interested Persons or Entities** be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record as listed below:

John R. Crews
john.crews@alston.com

Gary E. Gamel
ggamel@aol.com

Eric A. Linden
elinden@jaffelaw.com

                                      /s/ Jonathan C. Myers
                                      Jonathan C. Myers

1558924.01