**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**AMERICAONE PAYMENT SYSTEMS, INC.,**     **C 08-01818 PVT**

                    **Plaintiff(s),**     **CLERK'S NOTICE OF**
**IMPENDING REASSIGNMENT**
**TO A UNITED STATES**
**DISTRICT JUDGE**

**VS.**

**FIRST AMERICAN PAYMENT SYSTEMS,**
**L.P.,**

                    **Defendant(s).**

_____

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

        PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Patricia V. Trumbull has been rescheduled for **July 25, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before July 18, 2008.

        If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: June 17, 2008                    RICHARD W. WIEKING,
                                        Clerk of Court

                                        /s/ Corinne Lew
                                        Corinne Lew
                                        Courtroom Deputy