**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                        408.535.5364

June 17, 2008

**CASE NUMBER:  CV 08-01818 PVT**
**CASE TITLE:  AMERICAONE PAYMENT SYSTEMS, INC.-v-FIRST AMERICAN PAYMENT SYSTEMS, L.P.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                          Entered in Computer 06/17/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA