**John R. Crews**
**ALSTON & BIRD LLP**
**2200 Ross Avenue, Suite 3601**
**Dallas, Texas 75201**
**Telephone: 214.922.3400**
**Facsimile: 214.922.3899**
**E-mail: john.crews@alston.com**
**California Bar No. 119734**

**Counsel for First American Payment Systems, L.P.**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **AMERICAONE PAYMENT SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRST AMERICAN PAYMENT SYSTEMS, L.P.,**<br><br>Defendant. | **CASE NO.  C 08-01818 JF**<br><br>**FIRST AMERICAN PAYMENT SYSTEMS, L.P.'S NOTICE OF HEARING ON  MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**HEARING**<br>Date:   August 22, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 3, 5th Floor |

**PLEASE TAKE NOTICE** that Defendant First American Payment Systems, L.P. ("First American") will move this court on Friday, **August 22, 2008** at 9:00 a.m. in Courtroom 3, 5th Floor, United States Courthouse, 280 South 1st Street, San Jose, California 95113, before the Honorable Jeremy Fogel, U.S. District Judge, for an order: (1) compelling AmericaOne Payment Systems, Inc. and First American to submit their claims to non-binding arbitration; and (2) staying these proceedings pending resolution of the non-binding arbitration or further order of this Court.  This Motion is based on this Notice, the memorandum of points and authorities (Docket No. 6, filed May 21, 2008), all the matters of record filed with the Court, such other evidence as may be submitted, and all other things properly before the Court.

/ / /

**DATED: June 18, 2008**

Respectfully submitted,

/s/ John R. Crews
John R. Crews
California Bar No. 119734
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, Texas 75201
Telephone: 214.922.3400
Facsimile: 214.922.3899

**ATTORNEYS FOR DEFENDANT
FIRST AMERICAN PAYMENT SYSTEMS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, a true and correct copy of the foregoing was sent via ECF and certified mail, return receipt requested, to all parties listed below:

Gary E. Gamel, Esq.
ATTORNEY AT LAW
2995 Woodside Road, Suite 400
Woodside, California 94062

Eric A Linden, Esq.
Jonathan C. Myers, Esq.
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034

/s/ John R. Crews
John R. Crews

/ / /

/ / /

/ / /

/ / /

/ / /

Alston & Bird LLP