John R. Crews
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, Texas 75201
Telephone: 214.922.3400
Facsimile: 214.922.3899
E-mail: john.crews@alston.com
California Bar No. 119734

Counsel for First American
Payment Systems, L.P.

Eric A Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69949)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
E-mail: elinden@jaffelaw.com
(Admitted *Pro Hac Vice*)

Counsel for AmericaOne
Payment Systems, Inc.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., | CASE NO. C 08-01818 JF |
| Plaintiff, | JOINT STATUS REPORT REGARDING ADR |
| v. | |
| FIRST AMERICAN PAYMENT SYSTEMS, L.P., | |
| Defendant. | |

## JOINT STATUS REPORT REGARDING ADR

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, Plaintiff AmericaOne Payment Systems, Inc. ("AmericaOne") and Defendant First American Payment Systems, L.P. ("First American") (collectively, the "Parties") hereby file this Joint Status Report Regarding ADR, and would show the Court as follows:

/ / /

/ / /

Alston & Bird
LLP

# I.

## STATUS REPORT

1.     The Parties are separately filing their respective ADR Certifications, pursuant to ADR Local Rule 3-5(b).

2.     First American has filed a Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel").  (Docket No. 6).  The Motion to Compel asks the Court to find that this case is subject to non-binding arbitration (per the Parties' agreement) and to stay these proceedings pending the resolution of such arbitration.  (*Id.*).

3.     AmericaOne opposes the relief requested in the Motion to Compel, and has filed a Memorandum in Opposition asking the Court to deny same.  (Memorandum in Opposition, Docket No. 19).

4.     The Motion to Compel is currently set for hearing on August 22, 2008 at 9:00 a.m. before this Court.  (Notice of Hearing, Docket No. 25).

5.     The Parties do not request an ADR Phone Conference at this time, since the Court's ruling on the Motion to Compel will resolve the Parties' initial dispute regarding alternative dispute resolution.  The Parties will reassess the need for an ADR Phone Conference, in accordance with ADR Local Rule 3-5(c)(2), following the Court's ruling on the Motion to Compel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Alston & Bird
LLP

1  **DATED:  July 1, 2008**

2                                       Respectfully submitted,

3

4                                       /s/  Eric A. Linden
                                        Eric A Linden (Michigan P33249)
5                                       Jonathan C. Myers (Michigan P69949)
                                        JAFFE, RAITT, HEUER & WEISS, P.C.
6                                       27777 Franklin Road, Suite 2500
                                        Southfield, Michigan 48034
7                                       Telephone: 248.351.3000
                                        Facsimile:  248.351.3082
8                                       (Admitted *Pro Hac Vice*)

9                                       **ATTORNEYS FOR PLAINTIFF**
                                        **AMERICAONE PAYMENT SYSTEMS, INC.**
10

11

12                                      /s/  John R. Crews
                                        John R. Crews
13                                      California Bar No. 119734
                                        ALSTON & BIRD LLP
14                                      2200 Ross Avenue, Suite 3601
                                        Dallas, Texas   75201
15                                      Telephone:  214.922.3400
                                        Facsimile:   214.922.3899
16
                                        **ATTORNEYS FOR DEFENDANT**
17                                      **FIRST AMERICAN PAYMENT SYSTEMS, L.P.**

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /