**Eric A. Linden (***Admitted Pro Hac Vice***)**
**Jonathan C. Myers (***Admitted Pro Hac Vice***)**
**Jaffe, Raitt, Heuer & Weiss P.C.**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034**
**248.351.3000**

**Attorneys for Plaintiff**
**AMERICAONE PAYMENT SYSTEMS, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., | |
| Plaintiff, | No. C 08-01818-PVT |
| v. | Hon. Patricia V. Trumbull |
| FIRST AMERICAN PAYMENT SYSTEMS, L.P., | |
| Defendant. | |
| _____/ | |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

1565563.01

Respectfully submitted,

/s/ David McMackin
AmericaOne Payment Systems

/s/ Eric A. Linden
Eric A. Linden (Admitted Pro Hac Vice)
Counsel for AmericaOne Payment Systems

/s/ Jonathan C. Myers
Jonathan C. Myers (Admitted Pro Hac Vice)
Counsel for AmericaOne Payment Systems

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I caused the foregoing **ADR Certification By Parties and Counsel** be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record as listed below:

John R. Crews
john.crews@alston.com

Gary E. Gamel
ggamel@aol.com

Eric A. Linden
elinden@jaffelaw.com

I hereby certify that on July 1, 2008, I also served the foregoing **ADR Certification By Parties and Counsel** to the ADR Unit via e-mail to the following address:

ADR@cand.uscourts.gov

/s/ Jonathan C. Myers
Jonathan C. Myers

2

1565563.01