| | |
|---|---|
| **John R. Crews**<br>**ALSTON & BIRD LLP**<br>**2200 Ross Avenue, Suite 3601**<br>**Dallas, Texas 75201**<br>**Telephone: 214.922.3400**<br>**Facsimile: 214.922.3899**<br>**E-mail: john.crews@alston.com**<br>**California Bar No. 119734** | **Eric A Linden (Michigan P33249)**<br>**Jonathan C. Myers (Michigan P69949)**<br>**JAFFE, RAITT, HEUER & WEISS, P.C.**<br>**27777 Franklin Road, Suite 2500**<br>**Southfield, Michigan 48034**<br>**Telephone: 248.351.3000**<br>**Facsimile:  248.351.3082**<br>**E-mail: elinden@jaffelaw.com**<br>**(Admitted *Pro Hac Vice*)** |
| **Counsel for First American**<br>**Payment Systems, L.P.** | **Counsel for AmericaOne**<br>**Payment Systems, Inc.** |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **AMERICAONE PAYMENT SYSTEMS, INC.,**<br><br>                               **Plaintiff,**<br><br>     v.<br><br>**FIRST AMERICAN PAYMENT SYSTEMS, L.P.,**<br><br>                               **Defendant.** | **CASE NO.  C 08-01818 JF**<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br> AND ORDER CONTINUING CASE<br> MANAGEMENT CONFERENCE |

**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 6, Plaintiff AmericaOne Payment Systems, Inc. ("AmericaOne") and Defendant First American Payment Systems, L.P. ("First American") (collectively, the "Parties") hereby stipulate to the rescheduling of the Case Management Conference to September 26, 2008 as well as to the extension of certain attendant deadlines, and would show the Court as follows:

/ / /

/ / /

# I.

## Grounds for Time Extension

1. AmericaOne filed its Complaint and Jury Demand on April 4, 2008. (Complaint, Docket No. 1). This case was originally assigned to Magistrate Judge Patricia V. Trumbull. (Case Schedule and ADR Multi-Option Program, Docket No. 2). The Initial Case Management Conference was set for July 22, 2008 at 2:00 P.M. (*Id*.). The Case Schedule set the deadline to file the Rule 26(f) Report and the Case Management Statement as July 15, 2008. (*Id*.).

2. On May 21, 2008, First American filed its Answer. (Docket No. 5). On that date, First American also filed its Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel"). (Docket No. 6). The Motion to Compel asks the Court to find that this case is subject to non-binding arbitration (per the Parties' agreement) and to stay these proceedings pending the resolution of such arbitration. (*Id*.). The hearing on the Motion to Compel was set for July 1, 2008 before Magistrate Judge Trumbull. (*Id*.).

3. On June 16, 2008, AmericaOne filed its Declination to Proceed before a U.S. Magistrate Judge. (Docket No. 20).

4. The case was reassigned to this Court on June 17, 2008, and the Case Management Conference was rescheduled for July 24, 2008 at 10:30 a.m. (Clerk's Notice, Docket No. 23).

5. Because of the reassignment, First American had to reschedule the hearing on its Motion to Compel. The hearing is currently set for August 22, 2008 at 9:00 a.m. in front of this Court. (Notice of Hearing, Docket No. 25).

6. If the Court grants the Motion to Compel in its entirety, then these proceedings will be stayed until the Parties complete a non-binding arbitration. As such, the Case Management Conference, if held on July 25, may unnecessarily utilize judicial resources. Additionally, the Parties would expend unnecessary resources if they are required to prepare a Rule 26(f) Report and a Case Management Statement for a case that may ultimately be stayed pending arbitration.

7. Therefore, the Parties respectfully request that the Court reschedule the Case Management Conference to September 26, 2008. The Parties further request that the Court extend the deadline for the Parties to file their Rule 26(f) Report and Case Management Statement to

1  September 19, 2008.  These extensions will allow the Court time to hear and decide the Motion to
2  Compel before the Parties are required to file their Rule 26(f) Report and Case Management
3  Statement.

4        8. Other than the time modifications caused by the reassignment of the case to this Court,
5  there have been no other time modifications in this case.

6        9. Since the Court has not issued a scheduling order in this case, the requested
7  modification will not impact the case schedule.  The requested modification will permit the Parties
8  and the Court to avoid expending resources on a case that may be stayed pending arbitration.

9        10. Additionally, given that the lead attorneys for the Parties are located in Michigan and
10 Texas, respectively, the Parties respectfully request that the Court allow (but not require) the Parties
11 to appear telephonically at the Case Management Conference.

12       11. Pursuant to Local Rule 7-12, a Proposed Order is submitted contemporaneously with
13 this Stipulation.

## II.

### PRAYER

The Parties respectfully request that this Court enter an Order:

a. Scheduling the Case Management Conference for September 26, 2008;

b. Extending the deadline for the Parties to file their Rule 26(f) Report and Case Management Statement to September 19, 2008; and

c. Allowing (but not requiring) the Parties to attend the Case Management Conference telephonically.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

– 3 –

1  **DATED: June 23, 2008**

2  Respectfully submitted,

4  /s/ Eric A. Linden
Eric A Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69949)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFF
AMERICAONE PAYMENT SYSTEMS, INC.**

/s/ John R. Crews
John R. Crews
California Bar No. 119734
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, Texas 75201
Telephone: 214.922.3400
Facsimile: 214.922.3899

**ATTORNEYS FOR DEFENDANT
FIRST AMERICAN PAYMENT SYSTEMS, L.P.**

18  / / /

19  / / /   7/8/08

20  / / /   It is so Ordered, the Case Management Conference is continued to 9/26/08 at 10:30 AM.

21  / / /

22  / / /   Judge Jeremy Fogel, US District Court

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

– 4 –