UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 22, 2008
**Case Number:** CV-08-1818-JF/PVT
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | AMERICAONE PAYMENT SYSTEMS V. FIRST AMERICAN PAYMENT SYSTEMS |
|---|---|
| PLAINTIFF | DEFENDANT |
| Attorneys Present: Jonathan Myers | Attorneys Present: John Crews |

PROCEEDINGS:
   Hearing on Motion to Compel Arbitration held. Parties are present. The motion is taken under submission.