IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAONE PAYMENT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST AMERICAN PAYMENT SYSTEMS, L.P., <br><br> Defendant. | CASE NO. C 08-01818 JF <br><br> Honorable Jeremy Fogel <br><br><br> **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

Having been informed that the parties have agreed to settle this lawsuit and have requested that the claims of Plaintiff AmericaOne Payment Systems, Inc. ("AmericaOne") be dismissed with prejudice, IT IS HEREBY ORDERED that the Complaint and Jury Demand filed by AmericaOne in this case is DISMISSED WITH PREJUDICE, with all costs and attorneys' fees to be borne by the party incurring same.

DATED: January 14, 2009.

_____
JEREMY FOGEL
United States District Judge

AGREED AS TO FORM AND CONTENT:


/s/ Eric A. Linden
Eric E. Linden, Esq. (admitted *pro hac vice*)
Jonathan C. Myers, Esq. (admitted *pro hac vice*)
JAFFE, RAITT, HEUER & WEISS, P.C.
2777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone:  (248) 351-3000
Facsimile:  (248) 351-3082
E-mail:     elinden@jaffelaw.com
            jmyers@jaffelaw.com

Counsel for AmericaOne Payment Systems, Inc


/s/ John R. Crews
John R. Crews (California Bar No. 119734)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, Texas 75201
Telephone:  (214) 922-3400
Facsimile:  (214) 922-3899
E-mail:     john.crews@alston.com

Counsel for First American Payment Systems, L.P.

/ / /

LEGAL02/31094684v1